UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARILYNN REYNOLDS, | Case No.: 13-CV-04855-LHK |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE |
| v. | |
| ASHA WILKERSON, THE WILKERSON LAW, KEENAN & ASSOCIATES, KAISER FOUNDATION HOSPITALS, DR. ANDREW LOZANO, | |
| Defendants. | |

Plaintiff Marilyn Reynolds ("Plaintiff") filed her complaint on October 17, 2013. ECF No. 1. On November 6, 2013, Defendant Keenan & Associates filed a motion to dismiss. ECF No. 6. On November 8, 2013, Defendant Andrew Lozano filed a motion to dismiss. ECF No. 12. On November 12, 2013, Defendants Asha Wilkerson and the Wilkerson Law jointly filed a motion to dismiss. ECF No. 14. Plaintiff did not file an opposition to any of these motions to dismiss.

On December 3, 2013, this case was reassigned to the undersigned judge. ECF No. 17. On December 3, 2013, Defendant Keenan & Associates re-noticed its motion to dismiss. ECF No. 18. Pursuant to Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on December 17, 2013. On December 4, 2013, Defendants Asha Wilkerson and the Wilkerson Law re-noticed their motion to dismiss. ECF No. 20. Pursuant to Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on December 18, 2013. On December 4, 2013, Defendant Andrew

1

Case No.: 13-CV-04855-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE

Lozano re-noticed its motion to dismiss. ECF No. 21. Pursuant to Local Rule 7-3(a), Plaintiff's opposition was due on December 18, 2013. As of today, April 1, 2014, Plaintiff has not filed an opposition or statement of non-opposition to the motions to dismiss filed by Defendants Keenan & Associates, Asha Wilkerson, the Wilkerson Law, and Andrew Lozano (collectively, "Defendants").

In light of Plaintiff's failure to respond to the motions to dismiss, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file untimely oppositions to Defendants' motions to dismiss. Plaintiff has until April 14, 2014 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **April 17, 2014, at 1:30 p.m.** Plaintiff's failure to respond to this Order and to appear at the April 17, 2014 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 1, 2014

_____
LUCY H. KOH
United States District Judge