UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARILYNN REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>ASHA WILKERSON, THE WILKERSON LAW, KEENAN & ASSOCIATES, KAISER FOUNDATION HOSPITALS, DR. ANDREW LOZANO,<br><br>    Defendants. | Case No. 13-CV-04855-LHK<br><br>**FINAL JUDGMENT** |

WHEREAS, on August 14, 2014, the Court dismissed this case with prejudice. (Dkt. No. 53.)

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment shall be and hereby is entered against Plaintiff Marilynn Reynolds and in favor of Defendants Asha Wilkerson, The Wilkerson Law Firm, Keenan & Associates, Kaiser Foundation hospitals, Dr. Andrew Lozano, Dr. Jason Fish, University of California Board of Regents, and Tiega Varlack.

Dated: September 5, 2014

*Lucy H. Koh*
The Hon. Lucy H. Koh